JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY HARLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal corporation, DEPUTY JASON W. ELY, individually and in his official capacity as Sheriff Deputy for the County of Los Angeles, DEPUTY OSCAR CALDERON, individually and in his official capacity as Sheriff Deputy for the County of Los Angeles, and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. CV 10-03481 SJO (VBKx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendants County of Los Angeles, Deputy Jason W. Ely, and Deputy Oscar Calderon's (collectively, "Defendants") Motion for Summary Judgment, or in the Alternative, Summary Adjudication ("Motion"), filed February 25, 2011. (Docket No. 18.)

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as

to any material fact and that Defendants are entitled to judgment as a matter of law. The Court grants Defendants' Motion against Plaintiff Danny Harley ("Plaintiff").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be, and hereby is, entered in favor of Defendants County of Los Angeles, Deputy Jason W. Ely, and Deputy Oscar Calderon as to all claims.

IT IS SO ADJUDGED.

Dated: June 13, 2011.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE